UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:19-CR-583-SRC-NAB ) |
| KYLE GREEN, | ) ) |
| Defendant. | ) |

**DEFENDANT'S PROPOSED CONDITIONS OF PRETRIAL RELEASE**

Defendant Kyle Green ("Green"), by and through undersigned counsel, files the following proposed conditions of pretrial release:

1. Green and his family have assets sufficient to post a cash bond in this case.

2. Green will reside with his parents at their home located at 217 West Deer Creek Road, O'Fallon, Illinois 62269.

3. Green will submit to home detention, monitored through either a GPS system or an electronic monitoring system.

4. Green will comply with any and all restrictions placed on use of the internet, computers, and cell phones.

5. Green will have no contact with any potential witnesses.

6. Green does not possess a passport and will agree not to apply for a passport.

7. Green will submit to random searches of his person, residence, computer, and cell phone.

8. Green will submit to any other conditions of release this Court deems appropriate.

Respectfully submitted,

**Margulis Gelfand, LLC**

 */s/ William S. Margulis*
WILLIAM S. MARGULIS, #37625
JUSTIN K. GELFAND, #62265
8000 Maryland Ave., Ste. 420
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com
justin@margulisgelfand.com
ATTORNEYS FOR DEFENDANT

**Certificate of Service**

      I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

                                           */s/ William S. Margulis*
                                           WILLIAM S. MARGULIS, #37625
                                           JUSTIN K. GELFAND, #62265
                                           8000 Maryland Ave., Ste. 420
                                           St. Louis, MO 63105
                                           Telephone: 314.390.0234
                                           Facsimile: 314.485.2264
                                           bill@margulisgelfand.com
                                           justin@margulisgelfand.com
                                           ATTORNEYS FOR DEFENDANT